IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:25-CV-2-BO-BM

JASON T. PETERSON, )
)
          Plaintiff, )
)
v. )    O R D E R
)
HOUSING AUTHORITY OF )
GREENVILLE, )
)
          Defendant. )

This cause comes before the Court on plaintiff's failure to comply with the order of United States Magistrate Judge Brian S. Meyers. [DE 10]. For the reasons that follow, the complaint is dismissed.

## BACKGROUND

Plaintiff, who proceeds in this action *pro se*, filed a complaint against defendant on January 2, 2025, alleging violation of his constitutional rights following the termination of his Section 8 housing voucher and a suit brought against him in state court for ejectment from his apartment, as well as a claim for retaliation for engaging in protected activities under the Fair Housing Act or the Americans with Disabilities Act. As discussed in Magistrate Judge Meyers' order, plaintiff has failed to prepare proper summons for issuance. *See* [DE 1-5]; [DE 10] at 5-6. Magistrate Judge Meyers ordered plaintiff to prepare and file completed summons with the Clerk not later than September 3, 2025, or risk dismissal of this action for failure to prosecute. *Id.* at 6.

Additionally, recent attempts by the Clerk to serve plaintiff with copies of orders of the Court have been returned as undeliverable, including the Clerk's notice of plaintiff's right to

respond to defendant's motion to dismiss and Magistrate Judge Meyers' order. [DE 12]; [DE 13]; [DE 14]. Local Civil Rule 83.3 requires all unrepresented persons to notify the Court in writing within fourteen days of any change of address. Plaintiff has failed to comply with Local Rule 83.3 and provide the Court with an updated address.

Accordingly, as plaintiff has failed to comply with an order of the Court, has failed to prepare proper summons for issuance, and has failed to provide the Clerk of Court with a valid address, the Court determines that dismissal without prejudice for failure to prosecute is appropriate. *See* Fed. R. Civ. P. 41(b).

## CONCLUSION

Accordingly, for the foregoing reasons, this action is hereby DISMISSED without prejudice for failure to prosecute. The motion to dismiss [DE 7] is DENIED without prejudice. The Clerk is DIRECTED to close the case.

SO ORDERED, this 20 day of October 2025.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2